

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2022

No. 04-20-00143-CV

**RANCHO VIEJO CATTLE COMPANY, LTD**. and Rancho Viejo Waste Management, LLC.,
Appellants

v.

**ANB CATTLE COMPANY, LTD.,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVQ-000162-D1
Honorable Honorable Jose  A. Lopez, Judge Presiding

## O R D E R

Sitting:  Patricia O. Alvarez, Justice
     Irene Rios, Justice
     Beth Watkins, Justice

Appellants' motion for rehearing is DENIED.  Appellee's motion for rehearing is also DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court